# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## Bid Protest

| | |
|---|---|
| NATIONAL AIR CARGO GROUP, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES, ) <br> ) <br> Defendant. ) | Case No. 1:16-cv-00362 (CFL) |

## PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AND REQUEST FOR A TEMPORARY RESTRAINING ORDER

Pursuant to Rule 65 of the Rules of the United States Court of Federal Claims (RCFC), Plaintiff, National Air Cargo Group, Inc. ("National Air Cargo"), hereby moves this Court to grant a preliminary injunction and/or temporary restraining order, to order disclosure of certain procurement decision information, and to forgo requiring security for the injunctive relief as discussed in the attached Memorandum in Support.

Respectfully Submitted,

Date: March 29, 2016

/s/ Milton C. Johns
Milton C. Johns, VSB #42305
**Fluet Huber + Hoang, PLLC**
13580 Groupe Drive, Suite 200
Woodbridge, VA 22192
Telephone: (703) 590-1234
Fax: (703) 590-0366
Email: mjohns@fluetlaw.com
*Counsel for National Air Cargo, Inc.*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on March 29, 2016, I electronically filed the foregoing Plaintiff's Motion for a Preliminary Injunction and Request for a Temporary Restraining Order, Memorandum in Support, and Affidavit of Edward M. Davidson with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

Aaron E. Woodward
**Commercial Litigation Branch, Civil Division**
**United States Department of Justice**
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044

*Counsel for Defendant*


David S. Cohen
**Cohen Mohr, LLP**
1055 Thomas Jefferson St., N.W., Suite 504
Washington, D.C. 20007

*Counsel for Intervenor*
United Air Lines, Inc.


       /s/ Milton C. Johns
Milton C. Johns, VSB #42305
**Fluet Huber + Hoang, PLLC**
13580 Groupe Drive, Suite 200
Woodbridge, VA 22192
Telephone: (703) 590-1234
Fax: (703) 590-0366
Email: mjohns@fluetlaw.com

*Counsel for Plaintiff*
National Air Cargo, Inc.